IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HULING, | CASE NO. CV F 12-1980 AWI DLB<br>New Case Number CV F 12-1980 LJO DLB |
| Plaintiff, | **AMENDED ORDER TO RELATE ACTIONS** |
| vs. | **AND TO ASSIGN NEW DISTRICT JUDGE** |
| CITY OF LOS BANOS, et al., | |
| Defendant. | |

Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to the action entitled *James Huling v. City of Los Banos, et al.,* Case No. CV F 11-1797 LJO DLB. The actions involve the same or similar parties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency and economy for the Court and parties. An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is effected.

On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned to U.S. District Judge Lawrence J. O'Neill with a new **CASE NO. CV F 12-1980 LJO DLB**. All documents shall bear the new **CASE NO. CV F 12-1980 LJO DLB** and the reassignment to U.S. District Judge Lawrence J. O'Neill. U.S. Magistrate Judge Dennis L. Beck shall remain assigned to this action, until further notice.

IT IS SO ORDERED.

Dated:     December 6, 2012                      /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

1